

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-13-2008

# USA v. Weatherly

Precedential or Non-Precedential: Precedential

Docket No. 07-1019

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Weatherly" (2008). *2008 Decisions.* Paper 1093.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1093

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

April 28, 2008

No. 07-1019

UNITED STATES OF AMERICA
v.
THOMAS WEATHERLY,
Appellant

(District of NJ - DC No. 06-cr-00258-1)

**PRESENT:** FUENTES, CHAGARES and VAN ANTWERPEN, Circuit Judges

1. Motion by Appellee USA to Publish Court's Decision.

2. Response by Appellant in Opposition to Motion to Publish Court's Decision.

Carolyn Hicks, Case Manager
267-299-4926

**O R D E R**

**The foregoing** motion by appellee to publish this court's decision is granted.

By the Court,

/s/ *Franklin S. Van Antwerpen*
**Circuit Judge**

Dated: **May 13, 2008**

CH/cc: **Lisa Van Hoeck, Esq.**
**George S. Leone, Esq.**
**Steven G. Sanders, Esq.**
**Eric H. Jaso, Esq.**